526 P.2d 187

**Ricardo A. ALDERETTE, Petitioner,**

v.

**STATE of New Mexico, Respondent.**

No. 10128.

Supreme Court of New Mexico.

Sept. 4, 1974.

Further ordered that the record in Court of Appeals Cause No. 1366, 86 N.M. 600, 526 P.2d 194 be and the same is hereby returned to the Clerk of the Court of Appeals.

526 P.2d 187

**Rudy Jesus DURAN, Petitioner,**

v.

**STATE of New Mexico, Respondent.**

No. 10140.

Supreme Court of New Mexico.

Sept. 4, 1974.

Further ordered that the record in Court of Appeals Cause No. 1445, 86 N.M. 594, 526 P.2d 188 be and the same is hereby returned to the Clerk of the Court of Appeals.

526 P.2d 187

**Arvil Howard ELAM, Petitioner,**

v.

**STATE of New Mexico, Respondent.**

No. 10126.

Supreme Court of New Mexico.

Sept. 4, 1974.

Further ordered that the record in Court of Appeals Cause No. 1310, 86 N.M. 595, 526 P.2d 189 be and the same is hereby returned to the Clerk of the Court of Appeals.